JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KRYSTLE MARY GROVES-SYKES, and TAMMY LEE ELLIOTT as successors-in-interest to, JOANN MARY SYKES, decedent, CORY WILLIAM ELLIOTT, Individually, and ROES 1 through 50, inclusive<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., an unknown business entity, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-02205-FMO-MAA<br><br>**ORDER GRANTING JOINT STIPULATION [15] TO REMAND TO STATE COURT** |

Having considered the Joint Stipulation of Plaintiffs Krystle Mary Groves-Sykes, et al., and Defendant Walmart Inc., and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action is REMANDED to the Superior Court of the State of California, County of San Bernardino, Case No. CIVSB2517942.

2.  Plaintiff's pending Notice of Motion to Remand and Amend (Docket No. 14) is taken off calendar, as the stipulation fully resolves the relief sought therein and no further ruling is necessary.

3.  All deadlines currently set in this action, including but not limited to the deadline for filing the Joint Rule 26(f) Report (September 25, 2025), are hereby VACATED, and the Parties are relieved of their obligations to exchange Rule 26(a)(1) initial disclosures in federal court, given that the case will proceed in state court.

4.  The Parties are relieved of their obligations to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) in this Court.

5.  Each Party shall bear its own fees and costs with respect to the removal, remand, and the stipulation.

IT IS SO ORDERED.

Dated: September 24, 2025         _____/s/_____
                                  Hon. Fernando M. Olguin
                                  United States District Judge

2